IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **OMAR ALI**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 4053 |
| | ) |
| **VILLAGE OF TINLEY PARK**, | ) |
| a municipal corporation, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

Defense counsel have delivered to this Court's chambers a courtesy copy of their Motion for Entry of an Agreed Protective Order, which they have designated for presentment on April 28. Because the proposed order is represented as having met no objection from counsel for plaintiff, this Court will follow its usual practice in such situations of not requiring an in-court appearance by either side's counsel.

There is however one aspect of the proposed order that needs to be changed, both to obviate a need for in-court appearance and to obtain this Court's entry of the order. If counsel will refer to the Case Management Procedures that are to be followed in cases assigned to this Court's calendar (those procedures are available on this Court's website), they will note a section headed "Protective Orders - Special Provisions." Paragraph 2 of that section is particularly important because Paragraph 14(b) of counsel's tendered version here, headed "Obligations at Conclusion of Litigation," does not deal adequately or appropriately with any documents that have been filed under seal in paper form rather than electronically.

Accordingly, if counsel for the parties will revise the proposed Protective Order appropriately and cause the revised version to be delivered to this Court's chambers on or before

April 24, this Court will issue the Protective Order promptly and counsel will be spared the April 28 trip to court.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: April 17, 2015